Loly Tor (loly.tor@klgates.com)  
**K&L GATES LLP**  
One Newark Center, 10th Floor  
Newark, NJ 07102  
(T) 973.848.4000  
(F) 973.848.4001  

Anil H. Patel (anil.patel@klgates.com)  
(admitted *pro hac vice* in consolidated case)  
**K&L GATES LLP**  
609 Main Street, Suite 4150  
Houston, TX 77002  
(T) 713.815.7300  
(F) 713.815.7301  

Elizabeth Weiskopf  
(elizabeth.weiskopf@klgates.com)  
(admitted *pro hac vice* in consolidated case)  
Jenna Bruce  
(Jenna.bruce@klgates.com)  
(admitted *pro hac vice* in consolidated case)  
**K&L GATES LLP**  
925 Fourth Avenue, Suite 2900  
Seattle, WA 98104  
(T) 206.623.7580  
(F) 206.623.7022  

*Attorneys for Defendants/Counterclaim-Plaintiffs*  
*Cipla USA, Inc. and Cipla Limited*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-10628 (RK) (TJB)<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF CIPLA LIMITED AND CIPLA USA, INC.**<br><br>***Document Electronically Filed*** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla" or "Defendants"), make the following disclosure statement:

1

1. Cipla Limited does not have a parent corporation, and no publicly held corporation owns 10% or more of Cipla Limited's stock; and

2. Cipla USA Inc. is a 100% owned subsidiary of InvaGen Pharmaceuticals, Inc., which is a 100% owned subsidiary of Cipla (EU Limited), which is a 100% owned subsidiary of Cipla Limited.

Dated: January 17, 2025

**K&L GATES LLP**

By: *s/ Loly G. Tor*
Loly G. Tor (loly.tor@klgates.com)
One Newark Center, 10th Floor
Newark, NJ 07102
(T) 973.848.4000
(F) 973.848.4001

Anil H. Patel (anil.patel@klgates.com)
(admitted *pro hac vice* in consolidated case)
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

Elizabeth Weiskopf
(elizabeth.weiskopf@klgates.com)
(admitted *pro hac vice* in consolidated case)
Jenna Bruce (Jenna.bruce@klgates.com)
(admitted *pro hac vice* in consolidated case)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(T) 206.623.7580
(F) 206.623.7022

*Attorneys for Defendants/Counterclaim-Plaintiffs Cipla USA, Inc. and Cipla Limited*